IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TURKEY CREEK COMMUNITY INITIATIVES, NORTH GULFPORT COMMUNITY LAND CONSERVANCY, INC., and GULF RESTORATION NETWORK** | § § § § § § | **PLAINTIFFS** |
| V. | § § | CAUSE NO. 1:08cv124-LG-RHW |
| **UNITED STATES ARMY CORPS OF ENGINEERS** | § § | **DEFENDANT** |

## JUDGMENT

This cause is before the Court on the Defendant's Cross-Motion for Summary Judgment [34], the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter should be, and is hereby, **DISMISSED WITHOUT PREJUDICE** for lack of standing.

**SO ORDERED AND ADJUDGED** this the 27th day of July, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE